UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Edward Palmer,  Civ. No. 25-1148 (PAM/SGE)

                Petitioner,

v.  **ORDER**

State of Minnesota,

                Respondent.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Shannon G. Elkins dated April 16, 2025. The R&R recommends that Petitioner David Edward Palmer's Petition for habeas-corpus relief be denied and no certificate of appealability be issued. Petitioner sent two letters to the Clerk of Court, but did not file any objections to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 6) is **ADOPTED**;

2. The Petition (Docket No. 1) is **DENIED**;

3. Petitioner's application to proceed in forma pauperis (Docket No. 3) is **DENIED**;

4. Petitioner's Motion to return his filings (Docket No. 12) is **DENIED**;

5. This action is **DISMISSED without prejudice**; and

6. No Certificate of Appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>May 16, 2025</u>                                    <u>s/ Paul A. Magnuson</u>
                                                              Paul A. Magnuson
                                                              United States District Court Judge